**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-26-00105-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| One 2023 Telsa Model Y, VIN: 7SAYGDEE5PF600473, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Default Judgment (Doc. 13). For the following reasons, the Court will grant Plaintiff's Motion.

## I.    Background

On February 23, 2026, the government filed a Complaint for Forfeiture *In Rem* against the defendant 2023 Telsa Model Y, VIN: 7SAYGDEE5PF600473 ("Defendant Vehicle"). The government alleges the following. The Defendant Vehicle constituted or was derived from proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. §§ 1956 and 1957 (Money Laundering). The Federal Bureau of Investigation ("FBI") is investigating Maria Debro, the former Business Manager of San Xavier del Bac Mission (the "Mission"), for wire fraud and theft of funds from the Mission. In late 2015, Debro was the Mission's Business Manager, handling the Mission's finances and filing its yearly financial reports. On March 5, 2021, Debro and her husband, David Moore, purchased a 2021 Tesla Model Y, VIN: 5YJYGDEE6MF141351 ("2021 Tesla") for $70,066.67, using the Mission's Bank of America checking account to make the

$69,966.67 downpayment, with Moore paying the remaining $100.00. On December 20, 2022, Debro and Moore purchased the Defendant Vehicle for $81,056.02, trading in the 2021 Tesla for $46,900.00 and using Debro and Moore's joint checking account to make the $33,906.02 downpayment, with Moore paying the remaining $250.00. The Defendant Vehicle is registered in the state of Arizona at an address the FBI determined Debro and Moore reside at. The current Mission Friar states any Tesla expenses in the Mission's financial accounts were unauthorized and unrelated to the parish.

On February 24, 2026, the government gave notice of this forfeiture complaint to putative claimants Maria Debro and David Moore by mailing copies of the Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Forfeiture Action via certified, return receipt requested mail, to Maria Debro, David Moore, and Maria Debro's attorney. (Docs. 6–7.) This service was proper and complied with Federal Rule of Civil Procedure 5. Pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government published notice of this civil forfeiture action. (Doc. 8.) No appearance, answer, or motion under Federal Rule of Civil Procedure 12 was filed by putative claimants Maria Debro and David Moore, or any other person, on behalf of Defendant Vehicle as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(a)(4)(B). At the government's request, the Clerk of Court entered default. (Docs. 11–12.)

**II.    Discussion**

After the Clerk enters default under Federal Rule of Civil Procedure 55(a), the Court has discretion to grant default judgment under Rule 55(b). *See Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980); *Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986). Upon entry of default, "the factual allegations of the complaint, except those relating to the amount of damages, are taken as true." *Hayden v. Prestige Horizons*, No. CV-19-00335-TUC-DCB, 2020 WL 6203517, at *1 (D. Ariz. Oct. 22, 2020) (citing *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917 (9th Cir. 1987) (citing Fed. R. Civ. P. 55(b)(2))).

Taking the Complaint's allegations as true, the Defendant Vehicle constitutes

property derived from, or traceable to proceeds obtained directly, or indirectly, as a result of violations of 18 U.S.C. § 1343 and 18 U.S.C. §§ 1956 and 1957. Therefore, it is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C).

**III.    Order**

Accordingly,

**IT IS ORDERED granting** Plaintiff's Motion for Default Judgment (Doc. 13). All right, title, and interest in the Defendant 2023 Tesla Model Y, VIN: 7SAYGDEE5PF600473, is condemned, forfeited to, and vested in the United States of America, to be disposed of according to law.

Dated this 23rd day of June, 2026.

John C. Hinderaker
United States District Judge